UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff(s),<br><br>v.<br><br>J.R. ORTIZ SECURITY INC.; JESUS RAUL ORTIZ SERRANO; and YVONNE SANTANA,<br><br>Defendant(s). | Civil No. 17-1278 (DRD) |

**CONSENT JUDGMENT**

Based upon the parties' proposed *Consent Judgment* filed at Docket No. 45; plaintiff's *Motion to Approve Consent Judgment* filed at Docket No. 46, and the *Order* entered on February 26, 2018 at Docket No. 48, approving the *Consent Judgment*, this case is now dismissed without prejudice subject to full compliance with the terms and conditions provided in the *Consent Judgment*. The Court hereby adopts all the terms and conditions set forth in the *Consent Judgment*, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

The Court will retain jurisdiction for compliance purposes of the *Consent Judgment*.

This case is now closed for statistical purposes only until full compliance with the *Consent Judgment*.

IT IS SO ORDERED, ADJUDGED AND DECREED.

In San Juan, Puerto Rico, this 26th day of February, 2018.

s/Daniel R. Domínguez
DANIEL R. DOMINGUEZ
United States District Judge